FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OBAN RENAISSANCE DEVELOPMENT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARL WILLIAMS, DOES 1-25, ) <br> INCLUSIVE, ) <br> ) <br> Defendants. ) | No. CV 11-9836-UA (Duty) <br><br> ORDER SUMMARILY REMANDING <br> IMPROPERLY-REMOVED ACTION |

On November 29, 2011, defendant Carl Williams ("defendant"), having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed in forma pauperis.

The Court lacks subject matter jurisdiction over the instant action, as defendant does not competently allege facts supplying either diversity or federal question jurisdiction. The unlawful detainer complaint states that the amount in controversy does not exceed $10,000, and thus the diversity jurisdiction threshold of more than $75,000 in controversy is not met. See 28 U.S.C. §§ 1332, 1441(b). Moreover, to the extent that defendant asserts diversity jurisdiction, he cannot properly remove the action because he resides in the forum state. 28 U.S.C. § 1441(b). Nor does

plaintiff's unlawful detainer action raise any federal legal question. See 28 U.S.C. §§ 1331, 1441(b). While defendant states that "[t]he complaint presents federal questions" and that "[d]efendant with[]held rent due to [p]laintiff discriminating against defendant by violating [the] Fair Housing Act and 42 U.S.C. [§] 3604(f)(3)(A)," no federal question appears on the face of plaintiff's complaint, and thus plaintiff could not have brought this action in federal court in the first place. See Exxon Mobil Corp. v. Allapattah Servs., Inc., 545 U.S. 546, 592-93 (2005) ("the sole issue is whether a federal question appears on the face of the plaintiff's well-pleaded complaint") (internal citation omitted). Removal of this action is therefore improper. See 28 U.S.C. § 1441(a); Syngenta Crop Protection, Inc. v. Henson, 537 U.S. 28, 31, 123 S.Ct. 366, 154 L.Ed.2d 368 (2002).

Accordingly, **IT IS ORDERED** that this matter be **remanded** to the Superior Court of California, Los Angeles County, 505 South Centre Street, San Pedro, CA 90731, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). **IT IS FURTHER ORDERED** that the Clerk of the Court send a certified copy of this Order to the state court and serve copies of this Order on all parties or their counsel.

DATED: 12/5/2011

HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: December 8, 2011

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Superior Court of California
Los Angeles County
505 South Centre Street
San Pedro, California 90731

Re: Case Number: __2:11CV9836 UA__

Previously Superior Court Case No. __11D01084__

Case Name: __Oban Renaissance Development v. Carl Williams et al__

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on __December 5, 2011__, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: __E.Synagogue__
Deputy Clerk   213-894-5491

☐ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____
Deputy Clerk

_____
Date

CV - 103 (09/08)    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)